IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01271-MSK

JEFFREY M. JOHNSON, and
DEE ANN JOHNSON, on behalf of themselves and all other similarly situated,

    Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC,
NATIONSTAR MORTGAGE, LLC., f/k/a CENTEX HOME EQUITY COMPANY, LLC,
NATIONSTAR FUNDING, LLC, f/k/a CHECK FUNDING, LLC,
AUBURN FUNDING, LLC,
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as Trustee,
WELLS FARGO BANK, N.A.,
JP MORGAN CHASE BANK, N.A., as Trustee,
BANK OF AMERICA SECURITIES, LLC.,
CITIGROUP GLOBAL MARKETS, INC.,
CREDIT SUISSE SECURITIES (USA), LLC,
RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC.,
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX
Mortgage Company, LLC,
JOHN OR JANE DOES 1-10,000, Unknown Investors,
JOHN ROES, 1-20, Undisclosed Mortgage Originators, Loan Sellers, Mortgage Aggregators,
Trustees of Pooled Assets, Underwriters, and/or Trustees for Holders of Certificates of
Collateralized Mortgage Obligations,
PUBLIC TRUSTEE of EL PASO COUNTY, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS ACTION,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose

assets include shares in one of the parties. Accordingly, the undersigned has a financial interest

in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 30th day of June, 2009.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge