IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFREY M. and DEE ANN JOHNSON,
On Behalf of Themselves and All Others Similarly Situated

       Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC,
NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC,
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC,
AUBURN FUNDING, LLC,
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as Trustee,
WELLS FARGO BANK, N.A.,
JP MORGAN CHASE BANK, N.A., as Trustee,
BANC OF AMERICA SECURITIES, LLC,
CITIGROUP GLOBAL MARKETS, INC.,
CREDIT SUISSE SECURITIES (USA), LLC,
RBS SECURITIES, INC., f/k/a Greenwich Capital Markets, Inc.,
DEBRA HAVENS a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of
CTX Mortgage Company, LLC,
JOHN OR JANE DOES 1-10,000, Unknown investors,
JOHN ROES 1-20, Undisclosed Mortgage Originators, Loan Sellers, Mortgage
Aggregators, Trustees of Pooled Assets, Underwriters, and/or Trustees for Holders of
Certificates of Collateralized Mortgage Obligations,
PUBLIC TRUSTEE OF EL PASO COUNTY, 105 E. Vermijo, Suite 101, Colorado
Springs, CO 80903,
and All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action

       Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST
AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND**

---

Defendants Banc of America Securities LLC, Citigroup Global Markets Inc., and

Credit Suisse Securities (USA) LLC ("Defendants"), by and through their undersigned

dn-156312

counsel, respectfully request a 30-day extension of time up to and including January 7, 2010, to file responses to Plaintiffs Jeffrey M. and Dee Ann Johnson's First Amended Class Action Complaint and Jury Demand ("Complaint").  Defendants' responses are currently due by December 8, 2009.  In support of this Unopposed Motion, Defendants state as follows:

1.      Plaintiffs served the Complaint [Docket 15] on Banc of America Securities LLC on October 29, 2009, and, on October 30, 2009, served Citigroup Global Markets Inc. and Credit Suisse Securities (USA) LLC.

2.      The current Complaint names numerous defendants, contains 255 paragraphs of allegations which span 87 pages, and asserts 16 claims for relief including Civil Racketeer Influenced and Corrupt Organizations Act (RICO), Colorado Organized Crime Control Act (COCCA), TILA, Breach of Contract, Civil Conspiracy, and other claims for relief.

3.      Under Fed.R.Civ.P. 12, Defendants' responses to the Complaint were due by November 18, 2009 (Banc of America Securities LLC), and November 19, 2009 (Citigroup Global Markets Inc. and Credit Suisse Securities (USA) LLC).

4.      On November 16, 2009, the parties stipulated to a 20-day first extension of time to respond to the Complaint as provided by Local Rule 6.1(A) [Docket 38].  That extension set Tuesday, December 8, 2009, as the response deadline for Defendants.

5.      Due to the breadth of plaintiffs' allegations and the claims asserted, Defendants require more time to investigate and respond to the Complaint.

6.     Further, Defendants understand from counsel for plaintiffs that they are reassessing their claims and intend to file a second amended complaint, which could significantly change the scope of this action.  An amended complaint which changes the scope of this action will necessarily require additional time for Defendants to assess their responses and revise accordingly.  Moreover, the extension sought herein would allow time for both parties to work around the upcoming holidays.  In light of these circumstances, Defendants seek a 30-day extension of time up to and including January 7, 2010, to respond to the Complaint.

7.     There is good cause for this motion and granting the extension will not prejudice any party nor would it adversely affect case management.

8.     Under Local Rule 7.1(A), counsel for Defendants conferred in good faith with counsel for plaintiffs, Stephen A. Brunette, Esq., regarding this motion.  Counsel for plaintiffs does not oppose the relief requested herein.

9.     Under Local Rule 6.1, counsel for Defendants note that one previous extension of time was sought by stipulation for Defendants to respond to the Complaint, as discussed above.  Counsel for Defendants also certifies that a copy of this Unopposed Motion has been served on Defendants' clients and all counsel of record.

WHEREFORE, for the reasons stated above, Defendants respectfully request that the Court grant the Unopposed Motion and order that Defendants be granted up to and including January 7, 2010, to file responses to the Complaint.

Dated: December 2, 2009

Respectfully submitted,


/s/ Osman E. Nawaz
     Steven M. Kaufmann (Reg. No. 14153)
     Osman E. Nawaz (Reg. No. 36874)
     Morrison & Foerster LLP
     5200 Republic Plaza
     370 Seventeenth Street
     Denver, Colorado  80202-5638
     Telephone:  303.592.1500
     Facsimile:  303.592.1510
     Email: SKaufmann@mofo.com
     Email:  ONawaz@mofo.com

     Attorneys for Defendants
     Banc of America Securities LLC;
     Citigroup Global Markets Inc.; and
     Credit Suisse Securities (USA) LLC

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| D. Robert Jones | jones@drjpc.com |
| Stephen Brunette | stephen@burnettelaw.com |
| James R. Moriarty | jim@moriarty.com |
| Andrew Gorgey | andrewgorgey@elpasoco.com |
| David Zisser | dzisser@ir-law.com |
| Gregory Goldberg | ggoldberg@hollandhart.com |
| Jamie Siler | jsiler@bmalaw.com |

And, I hereby certify that I have served the foregoing on the following non-CM/ECF participants by US Mail.

Banc of America Securities LLC
Legal Department
One Bryant Park
New York, New York 10036

Citigroup Global Markets Inc.
Legal Department
388 Greenwich St.
New York, New York 10036

Credit Suisse Securities (USA) LLC
Legal Department
One Madison Avenue, 9th Floor
New York, New York 10010

/s/ Osman E. Nawaz
Osman E. Nawaz