IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC,
NATIONSTAR MORTGAGE, LLC, f/k/a/ CENTEX HOME EQUITY COMPANY, LLC,
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC,
AUBURN FUNDING, LLC,
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as Trustee,
WELLS FARGO BANK, N.A.,
JP MORGAN CHASE BANK, N.A., as Trustee,
BANK OF AMERICA SECURITIES, LLC,
CITIGROUP GLOBAL MARKETS, INC.,
CREDIT SUISSE SECURITIES (USA), LLC,
RBS SECURITIES, INC., f/k/a/ GREENWICH CAPITAL MARKETS, INC.,
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX
MORTGAGE COMPANY, LLC,
JOHN OR JANE DOES 1-10,000, Unknown Investors,
JOHN ROSE 1-20, Undisclosed Mortgage Originators, Loan Sellers, Mortgage Aggregators,
Trustees of Pooled Assets, Underwriters, and/or Trustee for Holders of Certificates of
Collateralized Mortgage Obligations,
PUBLIC TRUSTEE of EL PASO COUNTY, 105 E. Vermijo Suite 101, Colorado Springs, CO
80903, and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion For Extension of Time to Respond to First Amended Class Action Complaint and Jury Demand** [docket no. 57, filed December 2, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and defendants Banc of America

Securities LLC, Citigroup Global Markets, Inc. and Credit Suisse Securities (USA) LLC shall answer or respond to the plaintiff's First Amended Class Action Complaint on or before **January 7, 2010**.

DATED: December 3, 2009