IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-01271-CMA-BNB

JEFFREY M. and DEE ANN JOHNSON,
On Behalf of Themselves and All Others
Similarly Situated,

    Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, et al.,

    Defendants.

---

## NOTICE OF CHANGE IN LAW FIRM AFFILIATION OF DAVID A. ZISSER

---

David A. Zisser, counsel for Defendant RBS Securities, Inc., advised the Court, all counsel and parties of record that effective immediately, my firm affiliation and contact information has changed as follows:

    David A. Zisser
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, Colorado 80202
    (303) 892-9400 - Main
    (303) 892-7256 – Direct
    (303) 893-1379 - Fax
    Email: david.zisser@dgslaw.com

Dated this 4th day of December, 2009.

    Respectfully submitted,

    DAVIS GRAHAM & STUBBS LLP

    /s/ David A. Zisser
    _____

David A. Zisser
DAVIS GRAHAM & STUBBS LLP
1550 17TH Street, Suite 500
Denver, Colorado 80202
Telephone: 303-892-9400
Direct Dial: 303-892-7256
Facsimile: 303-893-1379
E-Mail: david.zisser@dgslaw.com
ATTORNEYS FOR RBS SECURITIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2009, I forwarded a true and correct copy of the foregoing Notice of Change in Law Firm Affiliation of David A. Zisser by filing and serving the same using the ECF system which will send electronic notices or by U.S. Mail as indicated below:

Via Email through ECF:

| | |
|---|---|
| D. Robert Jones | Rjones@sjflaw.com |
| Stephen Brunette | Stephen@brunettelaw.com |
| James R. Moriarty | jim@moriarty.com |
| Andrew Gorgey | andrewgorgey@elpasoco.com |
| Gregory Goldberg | ggoldberg@hollandhart.com |
| Jamie Siler | jsiler@bmalaw.com |
| Osman E. Nawaz | onawaz@mofo.com |
| Steven M. Kaufmann | skaufmann@mofo.com |

and via U.S. Mail, addressed to:

Banc of America Securities LLC
Legal Department
One Bryant Park
New York, NY 10036

Citigroup Global Markets Inc.
Legal Department
388 Greenwich Street
New York, NY 10036

Credit Suisse Securities (USA) LLC
Legal Department
One Madison Avenue, 9th Floor
New York, NY 10010

s/ Susan Tablack
_____
Susan Tablack