# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

       PLAINTIFFS,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC;
NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC;
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC;
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK COMPANY, LLC, as TRUSTEE;
JP MORGAN CHASE BANK, N. A., As TRUSTEE;
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX Mortgage Company, LLC;
JOHN OR JANE DOES 1-1,000, Unknown Investors;
JOHN ROES 1-10, Undisclosed Trusts;
PUBLIC TRUSTEE of EL PASO COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

       DEFENDANTS.

## UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COME NOW the Plaintiffs, Jeffery and Dee Ann Johnson ("the JOHNSONS"), by and through their attorneys, and respectfully move this Court pursuant to Fed. R. Civ. P. 15(a)(2), for leave to file a Second Amended Complaint and Jury Demand. In support hereof:

1

1. The undersigned certifies that he has conferred with Counsel for all Defendants who have entered an appearance herein, and that none of the Defendants objects to the filing of the instant Motion or the Proposed Second Amended Complaint and Jury Demand.

2. Pursuant to Fed. R. Civ. P. Rule 15(a)(2) a party may amend a pleading with consent of the opposing parties, or with leave of Court. The Court should freely grant leave to amend when justice so requires.

3. The Proposed Second Amended Complaint and Jury Demand, filed separately but concurrently with the instant Motion, will simplify this action, in that the Proposed Second Amended Complaint and Jury Demand drops all claims for class certification and relief, and drops four defendants from this action.

4. Defendants will not be prejudiced if the Court grants the relief sought herein, because no Answers have been filed, and Plaintiffs are willing to stipulate to an extension of the time for Defendants to file Answers to the Proposed Second Amended Complaint to a date 30 days after filing of the Second Amended Complaint.

WHEREFORE, premises considered, Plaintiffs respectfully request leave to file their Second Amended Complaint and Jury Demand, tendered concurrently herewith, and such other and further orders or relief as the Court deems necessary and just.

Respectfully submitted this 7th day of December, 2009.

| | |
|---|---|
| STEPHEN A. BRUNETTE, PC | MORIARTY LEYENDECKER PC |
| *(A duly-signed original is on file at the office of Stephen A. Brunette PC)* | *(A duly signed original is on file at the offices of Moriarty Leyendecker PC)* |
| s/Stephen A. Brunette | s/Jim Moriarty |
| _____ | _____ |
| Stephen A. Brunette | Jim Moriarty |
| 219 W. Colorado Avenue, Suite 110 | 1123 Spruce Street Suite 200 |
| Colorado Springs, Colorado 80903 | Boulder CO 80302 |

Phone:  (719) 634-7878  
Fax:  (719) 630-7004  
Email:  stephen@brunettelaw.com  
*Attorneys for Plaintiffs*

Phone: (303) 495-2658  
Fax: (713) 528-1390  
Email: jim@moriarty.com  
*Attorney for Plaintiffs*

D. ROBERT JONES, P.C.  
*(A duly-signed original is on file at the offices of D. Robert Jones, PC)*

s/D. Robert Jones

---

D. Robert Jones  
219 West Colorado Avenue, Suite 210  
Colorado Springs, CO  80903  
Phone: (719) 630-1556  
Fax:  (719) 630-7004  
Email: rjones@sjflaw.net  
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2009, I forwarded a true and correct copy of the foregoing Unopposed Motion for Leave to File Second Amended Complaint and Jury Demand by filing and serving the same using the ECF system which will send electronic notices or by U.S. Mail as indicated below:

Via Email through ECF:

David A. Zisser david.zisser@dgslaw.com  
D. Robert Jones Rjones@sjflaw.com  
James R. Moriarty jim@moriarty.com  
Andrew Gorgey andrewgorgey@elpasoco.com  
Gregory Goldberg ggoldberg@hollandhart.com  
Jamie Siler jsiler@bmalaw.com  
Osman E. Nawaz onawaz@mofo.com  
Steven M. Kaufmann skaufmann@mofo.com

STEPHEN A. BRUNETTE, PC  
*(A duly-signed original is on file at the office of Stephen A. Brunette PC)*  
/s/Stephen A. Brunette

---

Stephen A. Brunette