UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

  PLAINTIFFS,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC;
NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC;
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC;
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as TRUSTEE;
JP MORGAN CHASE BANK, N. A., As TRUSTEE;
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of
CTX Mortgage Company, LLC;
JOHN OR JANE DOES 1-1,000, Unknown Investors;
JOHN ROES 1-10, Undisclosed Trusts;
PUBLIC TRUSTEE of EL PASO COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

  DEFENDANTS.

---

**PROPOSED ORDER RE: SECOND AMENDED COMPLAINT**

---

  THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint:

It is ORDERED that the MOTION IS GRANTED, and Plaintiffs' Proposed Second Amended Complaint and Jury Demand is ordered to be filed on this date. Defendants shall have 30-days from the entry of this Order to file their Answers or other responsive pleadings.

DATED: _____ _____
District Court Judge/Magistrate