IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC,
NATIONSTAR MORTGAGE, LLC, f/k/a/ CENTEX HOME EQUITY COMPANY, LLC,
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC,
AUBURN FUNDING, LLC,
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as Trustee,
WELLS FARGO BANK, N.A.,
JP MORGAN CHASE BANK, N.A., as Trustee,
BANK OF AMERICA SECURITIES, LLC,
CITIGROUP GLOBAL MARKETS, INC.,
CREDIT SUISSE SECURITIES (USA), LLC,
RBS SECURITIES, INC., f/k/a/ GREENWICH CAPITAL MARKETS, INC.,
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX
MORTGAGE COMPANY, LLC,
JOHN OR JANE DOES 1-10,000, Unknown Investors,
JOHN ROSE 1-20, Undisclosed Mortgage Originators, Loan Sellers, Mortgage Aggregators,
Trustees of Pooled Assets, Underwriters, and/or Trustee for Holders of Certificates of
Collateralized Mortgage Obligations,
PUBLIC TRUSTEE of EL PASO COUNTY, 105 E. Vermijo Suite 101, Colorado Springs, CO
80903, and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion For Leave to File Second
Amended Complaint** [docket no. 65, filed December 7, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Second Amended Complaint & Jury Demand. Defendants now have to and including **January 8, 2010**, in which to answer or respond to this Complaint.

IT IS FURTHER ORDERED that the Scheduling Conference set for January 5, 2010, is **vacated and reset to February 8, 2010, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **February 1, 2010**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: December 9, 2009