Case No. 09-cv-01271-CMA-BNB

JEFFREY M. and DEE ANN JOHNSON, et. al.,

     PLAINTIFFS,

vs.

CTX MORTGAGE COMPANY, LLC, et. al.,

     DEFENDANTS.

---

## <u>Unopposed</u> Motion For 10-Day Extension To Respond To Second Amended Class Action Complaint & Jury Demand

---

Defendant CTX Mortgage Company, LLC ("CTX"), by and through its attorneys, Holland & Hart LLP ("Counsel"), hereby files this unopposed motion for a 10-day extension to respond to the Second Amended Class Action Complaint & Jury Demand ("Complaint").  In support, CTX states:

     1.     Undersigned counsel has discussed this motion with Plaintiffs' counsel, who does not oppose the motion.

     2.     Plaintiff filed the Complaint on December 9, 2009 (Doc. 70); per Court order, Defendant's response is due on January 8, 2009 (Doc. 69).

     3.     This is CTX's first request for an extension to respond to the Complaint (CTX requested an extension to respond to the prior complaint, now superseded).

     4.     The Complaint asserts nine claims against CTX and seven other identified defendants, including a former CTX employee.  The Complaint differs significantly from

the previous complaints filed by Plaintiffs.  Class action claims previously alleged have been dropped, and the Complaint contains factual allegations involving an alleged "scheme" by the defendants, and includes claims of fraud, deceptive practices, consumer protection violations, false representations, unconscionable agreements, and other claims based on federal and state statutes and tort theories of relief.

5.     CTX seeks the additional 10 days due the complexity of the factual allegations and legal claims.

6.     No party will be prejudiced by the 10-day extension.

WHEREFORE, CTX respectfully request that the Court grant a 10-day extension, up to and including, January 18, 2010, to respond to the Complaint.

Respectfully submitted January 5, 2010.

s/ Gregory E. Goldberg

HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado  80201-8749
Phone: 303.295.8099
Fax:  303.727.5848
ggoldberg@hollandhart.com

**ATTORNEYS FOR DEFENDANT
CTX MORTGAGE COMPANY, LLC**

**CERTIFICATE OF SERVICE**


I hereby certify that on 1/5/2010, I have caused the above document to be served on the following addressees either through electronic filing with the Clerk of Court using CM/ECF system, or by United States mail, postage prepaid:

D. Robert Jones, Esq.
jones@drjpc.com

Stephen A. Brunette, Esq.
Stephen@brunettelaw.com

David A. Zisser
dzisser@ir-law.com

Andrew Coleman Gorgey
andrewgorgey@elpasoco.com

Osman Elahi Nawaz
onawaz@mofo.com

Steven M. Kaufmann
skaufmann@mofo.com

Jamie Siler
jsiler@bmalaw.com

s/ Erin E. Spradlin

4696313_1.DOC