IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

      PLAINTIFFS,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC;
NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC;
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC;
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK COMPANY, LLC, as TRUSTEE;
JP MORGAN CHASE BANK, N.A., as TRUSTEE;
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX Mortgage Company, LLC;
JOHN OR JANE DOES 1 -1,000, Unknown Investors;
JOHN ROES 1-10, Undisclosed Trusts;
PUBLIC TRUSTEE of EL PASO COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

      DEFENDANTS.

## DISCLAIMER OF PUBLIC TRUSTEE OF EL PASO COUNTY TO SECOND AMENDED COMPLAINT & JURY DEMAND (DOC. 70)

The Public Trustee of El Paso County, State of Colorado, by and through his attorneys, the Office of the County Attorney, in and for the County of El Paso, State of Colorado, hereby disclaims all right, title and interest in and to the property described in the Second Amended Complaint & Jury Demand (Doc. No. 70) herein, except as Trustee for purposes of security and merely alleges the existence thereof so that it may be understood that the Public Trustee is not attempting to waive any right in and to said property that any beneficiary may have thereunder.

WHEREFORE, the Public Trustee of El Paso County hereby provides this Disclaimer to Plaintiff's Second Amended Complaint.

Respectfully submitted on this 6th day of January, 2010.

By:   s/    Andrew C. Gorgey
Andrew C. Gorgey
First Assistant County Attorney
OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO
27 East Vermijo Avenue
Colorado Springs, CO 80903
(719) 520-6485 (phone)
(719) 520-6487 (fax)
andrewgorgey@elpasoco.com

CERTIFICATE OF SERVICE

I hereby certify that on January 6th, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

D. Robert Jones, Esq., rjones@sjflaw.net
Stephen A. Brunette, Esq., Stephen_@brunettelaw.com
Jim Moriarty, Esq., jim@moriarty.com
David A. Zisser, Esq., david.zisser@dgslaw.com
Gregory Goldberg, Esq., ggoldberg@hollandhart.com
Jamie Siler, Esq., jsiler@bmalaw.com
Osman E. Nawaz, Esq., onawaz@mofo.com
Steven M. Kaufmann, Esq., skaufmann@mofo.com

 s/   Edi Anderson