IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC,
NATIONSTAR MORTGAGE, LLC, f/k/a/ CENTEX HOME EQUITY COMPANY, LLC,
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC,
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as Trustee,
JP MORGAN CHASE BANK, N.A., as Trustee,
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX
MORTGAGE COMPANY, LLC,
JOHN OR JANE DOES 1-1,000, Unknown Investors,
JOHN ROSE 1-20, Undisclosed Trusts,
PUBLIC TRUSTEE of EL PASO COUNTY, and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint** [docket no. 75, filed January 6, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants Nationstar Mortgage LLC f/k/a Centex Home Equity Company, LLC, Nationstar Funding, LLC f/k/a Chek Funding, LLC, JP Morgan Chase Bank, N.A., as Trustee, and The Bank of New York Mellon, as Trustee shall answer or respond to the plaintiffs' Second Amended Complaint on or before **January 22, 2010**.

DATED: January 8, 2010