IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-CV-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,
    PLAINTIFFS,
v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC;
NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC;
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC;
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK COMPANY, LLC, as TRUSTEE;
JP MORGAN CHASE BANK, N. A., As TRUSTEE;
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX Mortgage Company, LLC;
JOHN OR JANE DOES 1-1,000, Unknown Investors;
JOHN ROES 1-10, Undisclosed Trusts;
PUBLIC TRUSTEE of EL PASO COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

    DEFENDANTS.

## UNOPPOSED MOTION TO EXTEND RULE 26(A)(1) DISCLOSURE DATE

    COME NOW the Plaintiffs, Jeffery and Dee Ann Johnson ("the JOHNSONS"), by and through their attorneys, and respectfully submits the instant unopposed motion for leave for all parties to make Rule 26(a)(1) disclosures on or before February 1, 2010, rather than January 25, 2010. In support hereof:

    1.    On January 11, 2010, Counsel for the parties held a Rule 26(f) conference call, and agreed therein to make Rule 26(a)(1) disclosures on or before February 1,

1

2010, rather than January 25, 2010, the date otherwise required under Rule 26 for making said disclosures.

2. Extension of this time for one week will not interfere with case management or scheduling.

WHEREFORE, premises considered, the undersigned respectfully request that this Court enter an Order extending the time for Rule 26(a)(1) disclosures from January 25, 2010 to February 1, 2010.

Respectfully submitted this 20th day of January, 2010.

| | |
|---|---|
| STEPHEN A. BRUNETTE, PC<br>*(A duly-signed original is on file at the office of Stephen A. Brunette PC)*<br>s/Stephen A. Brunette<br>_____<br>Stephen A. Brunette<br>219 W. Colorado Avenue, Suite 110<br>Colorado Springs, Colorado 80903<br>Phone: (719) 634-7878<br>Fax: (719) 630-7004<br>Email: stephen@brunettelaw.com<br>*Attorneys for Plaintiffs* | MORIARTY LEYENDECKER PC<br>*(A duly signed original is on file at the offices of Moriarty Leyendecker PC)*<br>s/Jim Moriarty<br>_____<br>Jim Moriarty<br>1123 Spruce Street Suite 200<br>Boulder CO 80302<br>Phone: (303) 495-2658<br>Fax: (713) 528-1390<br>Email: jim@moriarty.com<br>*Attorney for Plaintiffs* |

D. ROBERT JONES, P.C.
*(A duly-signed original is on file at the offices of D. Robert Jones, PC)*

s/D. Robert Jones

_____
D. Robert Jones
219 West Colorado Avenue, Suite 210
Colorado Springs, CO 80903
Phone: (719) 630-1556
Fax: (719) 630-7004
Email: rjones@sjflaw.net
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2010, I forwarded a true and correct copy of the foregoing by filing and serving the same using the ECF system which will send electronic notices or by U.S. Mail as indicated below:

Via Email through ECF:

D. Robert Jones Rjones@sjflaw.com
James R. Moriarty jim@moriarty.com
Andrew Gorgey andrewgorgey@elpasoco.com
Gregory Goldberg ggoldberg@hollandhart.com
Jamie Siler jsiler@bmalaw.com

          STEPHEN A. BRUNETTE, PC
          *(A duly-signed original is on file at*
          *the office of Stephen A. Brunette PC)*

          /*s/Stephen A. Brunette*
          _____
          Stephen A. Brunette