IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

    PLAINTIFFS,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC;
NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC;
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC;
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK COMPANY, LLC, as TRUSTEE;
JP MORGAN CHASE BANK, N.A., as TRUSTEE;
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX Mortgage Company, LLC;
JOHN OR JANE DOES 1 -1,000, Unknown Investors;
JOHN ROES 1-10, Undisclosed Trusts;
PUBLIC TRUSTEE of EL PASO COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

    DEFENDANTS.

## ENTRY OF APPEARANCE

To: Clerk of the United States District Court for the District of Colorado.

    You are hereby requested to enter my appearance as counsel for the Public Trustee of El Paso County in the above-entitled action.

    Respectfully submitted on this 21st day of January, 2010.

>By:  s/ Lori L. Seago
>Lori L. Seago
>Assistant County Attorney
>OFFICE OF THE COUNTY ATTORNEY
>OF EL PASO COUNTY, COLORADO
>27 East Vermijo Avenue
>Colorado Springs, CO 80903
>(719) 520-6485 (phone)
>(719) 520-6487 (fax)
>loriseago@elpasoco.com

CERTIFICATE OF SERVICE

I hereby certify that on January 21st, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

D. Robert Jones, Esq., rjones@sjflaw.net
Stephen A. Brunette, Esq., Stephen_@brunettelaw.com
Jim Moriarty, Esq., jim@moriarty.com
David A. Zisser, Esq., david.zisser@dgslaw.com
Gregory Goldberg, Esq., ggoldberg@hollandhart.com
Jamie Siler, Esq., jsiler@bmalaw.com
Osman E. Nawaz, Esq., onawaz@mofo.com
Steven M. Kaufmann, Esq., skaufmann@mofo.com

> s/  Edi Anderson