IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC,
NATIONSTAR MORTGAGE, LLC, f/k/a/ CENTEX HOME EQUITY COMPANY, LLC,
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC,
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as Trustee,
JP MORGAN CHASE BANK, N.A., as Trustee,
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX
MORTGAGE COMPANY, LLC,
JOHN OR JANE DOES 1-1,000, Unknown Investors,
JOHN ROSE 1-20, Undisclosed Trusts,
PUBLIC TRUSTEE of EL PASO COUNTY, and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Extend Rule 26(a)(1) Disclosure Date** [docket no. 79, filed January 20, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and Rule 26(a)(1) disclosures are extended to and including **February 1, 2010**.


DATED: January 21, 2010