IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-CV-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

       PLAINTIFFS,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC;
NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC;
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC;
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as TRUSTEE;
JP MORGAN CHASE BANK, N. A., As TRUSTEE;
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of
CTX Mortgage Company, LLC;
JOHN OR JANE DOES 1-1,000, Unknown Investors;
JOHN ROES 1-10, Undisclosed Trusts;
PUBLIC TRUSTEE of EL PASO COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

       DEFENDANTS.

---

**NOTICE OF SERVICE OF PLAINTIFFS' INITIAL RULE 26(A)(1) DISCLOSURES**

---

       Plaintiffs hereby give notice to the Court and all parties of record that Plaintiffs'

Initial Rule 26(a)(1) disclosures were served on this 1st day of February, 2010, via

regular U. S. Mail, first-class postage prepaid thereon, to:

Gregory E. Goldberg
Danielle Voorhees
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street, #3200
Denver, CO  80201-8749
*Attorneys for Defendants CTX Mortgage Company, LLC and Debra Havens*

Jamie Grant Siler
Bloom, Murr & Accomazzo, P.C.
410 17th Street, #2400
Denver, CO 80202-4402
*Attorneys for Defendants Nationstar Mortgage, LLC;*
*Nationstar Funding, LLC; Bank of New York Mellon;*
*JP Morgan Chase Bank*

Andrew Coleman Gorgey
Lori Seago
El Paso County Attorneys Office
27 East Vermijo Avenue, 3rd Floor
Colorado Springs, CO 80903-2208
*Attorneys for Defendant Public Trustee of El Paso County*

Respectfully submitted this 1st day of February, 2010.

STEPHEN A. BRUNETTE, PC
*(A duly-signed original is on file at*
*the office of Stephen A. Brunette PC)*
*s/Stephen A. Brunette*
_____
Stephen A. Brunette
219 W. Colorado Avenue, Suite 110
Colorado Springs, Colorado 80903
Phone: (719) 634-7878
Fax: (719) 630-7004
Email: stephen@brunettelaw.com
*Attorneys for Plaintiffs*

MORIARTY LEYENDECKER PC
*(A duly signed original is on file at*
*the offices of Moriarty Leyendecker PC)*
         *s/Jim Moriarty*
_____
Jim Moriarty
1123 Spruce Street Suite 200
Boulder CO 80302
Phone: (303) 495-2658
Fax: (713) 528-1390
Email: jim@moriarty.com
*Attorney for Plaintiffs*

D. ROBERT JONES, P.C.
*(A duly-signed original is on file at*
*the offices of D. Robert Jones, PC)*

*s/D. Robert Jones*
_____
D. Robert Jones
219 West Colorado Avenue, Suite 210
Colorado Springs, CO 80903
Phone: (719) 630-1556
Fax: (719) 630-7004
Email: rjones@sjflaw.net
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2010, I forwarded a true and correct copy of the foregoing by filing and serving the same using the ECF system which will send electronic notices or by U.S. Mail as indicated below:

Via Email through ECF:

D. Robert Jones Rjones@sjflaw.com
James R. Moriarty jim@moriarty.com
Andrew Gorgey andrewgorgey@elpasoco.com
Gregory Goldberg ggoldberg@hollandhart.com
Jamie Siler jsiler@bmalaw.com

STEPHEN A. BRUNETTE, PC
*(A duly-signed original is on file at*
*the office of Stephen A. Brunette PC)*
*/s/Stephen A. Brunette*

_____

Stephen A. Brunette