IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFERY M. and DEE ANN JOHNSON,
on behalf of themselves and all others similarly situated,

    PLAINTIFFS,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC;
NATIONSTAR MORTGAGE, LLC, f/k/a CENTEX HOME EQUITY COMPANY, LLC;
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC;
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK COMPANY, LLC, as TRUSTEE;
JP MORGAN CHASE BANK, N.A., as TRUSTEE;
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX Mortgage Company, LLC;
JOHN OR JANE DOES 1 -1,000, Unknown Investors;
JOHN ROES 1-10, Undisclosed Trusts;
PUBLIC TRUSTEE of EL PASO COUNTY; and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

    DEFENDANTS.

---

**MOTION FOR DEFENDANT PUBLIC TRUSTEE OF EL PASO COUNTY TO BE EXCUSED FROM PROCEEDINGS**

---

**COMES NOW** Defendant Public Trustee of El Paso County ("Public Trustee Defendant"), by and through his attorneys, the Office of the County Attorney, in and for the County of El Paso, State of Colorado, and hereby requests to be excused from further participation in the ongoing proceedings in this matter. In support whereof, the Public Trustee Defendant respectfully states as follows:

    1. The undersigned counsel for the Public Trustee Defendant hereby certifies that pursuant to D.C.COLO.LCivR 7.1(A), she conferred with Plaintiffs' counsel and counsel

for the other Defendants in this matter via electronic mail on January 21st, 2010, regarding the filing of this motion.

2. On December 9, 2009, the Plaintiffs filed a Second Amended Complaint & Jury Demand (Doc. No. 70). On January 6, 2010, the Public Trustee Defendant filed Disclaimer of Public Trustee of El Paso County to Second Amended Complaint & Jury Demand (Doc. No. 73).

3. The Plaintiffs have not made any allegations of wrongdoing or any claims against the El Paso County Public Trustee in their Amended Complaint (Doc. No. 70), nor did they do so in their First Amended Complaint dated September 29, 2009 (Doc. No. 15).

4. The Public Trustee Defendant reaffirms its disclaimer of all right, title and interest in and to the property described in the Second Amended Complaint (Doc. No. 70), except as the Trustee for purposes of security and merely alleges the existence thereof so that it may be understood that the Public Trustee is not attempting to waive any right in and to said property that any beneficiary may have thereunder.

5. As the Public Trustee Defendant has filed a Disclaimer in this matter, he respectfully requests to be excused from further participation in these proceedings, including participation at any conferences or hearings.

6. The Public Trustee Defendant will comply with any applicable court orders during the pendency of the litigation or as a result of final judgment.

**WHEREFORE**, Defendant Public Trustee of El Paso County respectfully requests that he be excused from further participation in these proceedings.

Respectfully submitted on this 2nd day of February, 2010.

> By: s/ Lori L. Seago
> Lori L. Seago
> Assistant County Attorney
> OFFICE OF THE COUNTY ATTORNEY
> OF EL PASO COUNTY, COLORADO
> 27 East Vermijo Avenue
> Colorado Springs, CO 80903
> (719) 520-6485 (phone)
> (719) 520-6487 (fax)
> loriseago@elpasoco.com

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

D. Robert Jones, Esq., rjones@sjflaw.net
Stephen A. Brunette, Esq., Stephen_@brunettelaw.com
Jim Moriarty, Esq., jim@moriarty.com
David A. Zisser, Esq., david.zisser@dgslaw.com
Gregory Goldberg, Esq., ggoldberg@hollandhart.com
Jamie Siler, Esq., jsiler@bmalaw.com
Osman E. Nawaz, Esq., onawaz@mofo.com
Steven M. Kaufmann, Esq., skaufmann@mofo.com

> s/ Edi Anderson