IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No 09-cv-01271- CMA- BNB | Date: February 8, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

---

| | |
|---|---|
| JEFFERY M. JOHNSON, | Stephen Brunette |
| DEE ANN JOHNSON, | |
| on behalf of themselves and all others | |
| similarly situated | |
| | |
|     Plaintiff(s) | |
| | |
| v. | |
| | |
| CTX MORTGAGE COMPANY, LLC, | Gregory Goldberg |
| a/k/a CTX Mortgage Company I, LLC | Danielle Voorhees |
| NATIONSTAR MORTGAGE , LLC, | Jamie Siler |
| f/k/a Centex Home Equity Company, LLC | |
| NATIONSTAR FUNDING, LLC, | Jamie Siler |
| f/k/a Chek Funding, LLC | |
| BANK OF NEW YORK MELLON, | Jamie Siler |
| f/k/a and successor to The Bank of New York | |
| Company, LLC as trustee | |
| JP MORGAN CHASE BANK N.A., | Jamie Siler |
| as Trustee | |
| DEBRA (I) HAVENS, | Gregory Goldberg |
| a/ka Debbie Haven, Individually and as Agent or | Danielle Voorhees |
| Employee of CTX Mortgage, LLC; | |
| John or Jane Does 1-1,000, unknown investors, | |
| John Roes 1-10, Undisclosed Trusts; | |
| PUBLIC TRUSTEE OF EL PASO COUNTY, | Lori Seago by telephone |
| and all unknown persons who claim any interest | |
| in the subject matter of this action | |
| | |
|     Defendant(s). | |

# COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:     9:07 a.m.

Appearances of counsel.

Court's opening remarks.

Deadline for joinder of parties and amendment of pleadings is: **March 23, 2010**

Discovery cut-off is: **September 8, 2010**

The dispositive motion deadline is: **October 8, 2010**

The parties shall designate all experts no later than: **July 1, 2010**

The parties shall designate all rebuttal expert no later than: **August 6, 2010**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be held on **March 12, 2010 at 10:00 a.m.**

> Attorneys and client representatives with authority to settle must be present. (Note: this requirement is not fulfilled by the presence of counsel. If any insurance company is involved, an adjuster authorized to enter into settlement must also be present.)

Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or **March 5, 2010** before outlining the facts and issues in the case and the party's settlement position. Counsel shall call Chambers if they feel the settlement conference is premature, or would not be meaningful. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Pretrial Conference shall be **December 8, 2010 at 9:00 a.m.** held in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.** A

proposed Pretrial Order shall be submitted on or before **December 1, 2010**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess: 10:01 a.m. Hearing concluded. Total time in court: 00:54

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.