IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFERY M. JOHNSON, and
DEE ANN JOHNSON,

Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC,
NATIONSTAR MORTGAGE, LLC, f/k/a/ CENTEX HOME EQUITY COMPANY, LLC,
NATIONSTAR FUNDING, LLC, f/k/a CHEK FUNDING, LLC,
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
COMPANY, LLC, as Trustee,
JP MORGAN CHASE BANK, N.A., as Trustee,
DEBRA HAVENS, a/k/a DEBBIE HAVENS, Individually and as Agent or Employee of CTX
MORTGAGE COMPANY, LLC,
JOHN OR JANE DOES 1-1,000, Unknown Investors,
JOHN ROSE 1-20, Undisclosed Trusts,
PUBLIC TRUSTEE of EL PASO COUNTY, and
All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the Scheduling Conference held on February 8, 2010, it is hereby ORDERED
that a **Settlement Conference** is set for **March 12, 2010, at 10:00 a.m.** and a **Pretrial
Conference** is set for **December 8, 2010, at 9:00 a.m.**, in Courtroom A-401, Fourth Floor, of
the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please
remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be
required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

      IT IS FURTHER ORDERED that the counsel **shall have parties present at the
Settlement Conference** who shall have **full authority** to negotiate all terms and demands
presented by the case, and **full authority** to enter into a settlement agreement, including an
adjustor if an insurance company is involved.  This requirement is not satisfied by the presence
of counsel only.

      IT IS FURTHER ORDERED that on or before **March 5, 2010**, counsel for each party

shall submit a brief Confidential Settlement Statement by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov. outlining the facts and issues involved in the case and the possibilities for settlement. **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.** The Confidential Settlement Statement should **not** be filed with the Clerk of the Court and need not be supplied to opposing counsel. Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

The Final Pretrial Order shall be submitted pursuant to District of Colorado ECF Procedures V.L.1.b. on or before **December 1, 2010**. The Final Pretrial Order should be prepared in accordance with Appendix G, D.C.COLO.LCivR.

DATED: February 8, 2010