UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cv-01271-CMA-BNB

**JEFFREY M. and DEE ANN JOHNSON, et. al.,**

   **PLAINTIFFS,**

vs.

**CTX MORTGAGE COMPANY, LLC, et. al.,**

   **DEFENDANTS.**

---

**CTX's Response To Motion For Defendant Public Trustee Of El Paso County To Be Excused From Proceedings (Doc. 89)**

---

Defendant CTX Mortgage Company, LLC ("CTX"), by and through its attorneys, hereby responds as follows to the Motion to be excused from proceedings (Doc. 89) ("Motion") filed by Defendant Public Trustee of El Paso County ("Trustee"):

   1.   The property ("Property") that is the subject of this lawsuit is located in El Paso County, Colorado ("County"). Trustee is the public trustee of the County.

   2.   Upon information and belief, the Property is, or was, the subject of foreclosure proceedings in the County ("Foreclosure Action") that either have, or may be, dismissed <u>without prejudice</u>.

   3.   If the Foreclosure Action in fact has been dismissed, CTX would not oppose the Motion because CTX agrees that it would be unnecessary for the Trustee to remain actively involved in this case.

4. If the Foreclosure Action has not been dismissed (or if it is refiled after being dismissed), CTX would oppose the Motion because CTX believes that the Trustee would be an important or necessary party to this action and its potential resolution. That's because the Trustee is the public entity charged with managing the release and foreclosure of deeds of trust on properties within the County. *Colo. Rev. Stat.* 38-37-101 et seq.

Respectfully submitted February 19, 2010.

       s/ Gregory E. Goldberg

       HOLLAND & HART LLP
       555 Seventeenth Street, Suite 3200
       Post Office Box 8749
       Denver, Colorado 80201-8749
       Phone: 303.295.8099
       Fax: 303.727.5848
       ggoldberg@hollandhart.com

       **ATTORNEYS FOR DEFENDANT**
       **CTX MORTGAGE COMPANY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on 2/19/2010, I have caused the above document to be served on the following addressees either through electronic filing with the Clerk of Court using CM/ECF system, or by United States mail, postage prepaid:

D. Robert Jones, Esq.
jones@drjpc.com

Stephen A. Brunette, Esq.
Stephen@brunettelaw.com

David A. Zisser
dzisser@ir-law.com

Andrew Coleman Gorgey
andrewgorgey@elpasoco.com

Osman Elahi Nawaz
onawaz@mofo.com

Steven M. Kaufmann
skaufmann@mofo.com

Jamie Siler
jsiler@bmalaw.com

                                                s/ Erin E. Spradlin

4696313_1.DOC