IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01271-CMA-BNB

JEFFREY M. and DEE ANN JOHNSON, et al.

　　　　Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, et. Al.,

　　　　Defendants.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

　　　　Pursuant to D.C.COLO.L.CivR 83.3(D), Andrew C. Gorgey, Office of the El Paso County Attorney, hereby submits this motion to withdraw as counsel in the above captioned matter and as grounds therefore, state as follows:

　　　　1.　　Andrew C. Gorgey requests leave to withdraw as counsel for the Public Trustee of El Paso County ("Public Trustee Defendant") in the above-entitled action.

　　　　2.　　Counsel represents that Lori L. Seago, Office of the El Paso County Attorney, entered her appearance on January 21, 2010 [Doc. 83] and will provide further representation for the Public Trustee Defendant.

　　　　3.　　As there has already been an entry of appearance by another attorney from the Office of the El Paso County Attorney, it is not believed that the withdrawal requires notification certification pursuant to D.C.COLO.L.CivR 83.3(D).

　　　　4.　　Undersigned counsel certifies, pursuant to D.C.COLO.L.CivR 7.1(A), that he conferred with Plaintiffs' counsel through electronic mail and Plaintiffs' counsel do

not oppose this motion.

WHEREFORE, it is hereby requested that an order be entered granting the requested Motion to Withdraw as Counsel.

DATED this 4th day of March, 2010.

Respectfully submitted,

s/ Andrew C. Gorgey
Andrew C. Gorgey
First Assistant County Attorney
Office of the County Attorney
of El Paso County, Colorado
27 E. Vermijo Avenue
Colorado Springs, CO 80903
(719) 520-7013
Fax (719) 520-6487
andrewgorgey@elpasoco.com

*Attorney for Public Trustee Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

D. Robert Jones, Esq., rjones@sjflaw.net
Stephen A. Brunette, Esq., Stephen @brunettelaw.com
Jim Moriarty, Esq., jim@moriarty.com
David A. Zisser, Esq., david.zisser@dgslaw.com
Gregory Goldberg, Esq., ggoldberg@hollandhart.com
Jamie Siler, Esq., jsiler@bmalaw.com
Osman E. Nawaz, Esq., onawaz@mofo.com
Steven M. Kaufmann, Esq., skaufmann@mofo.com
Lori L. Seago, Assistant County Attorney, loriseago@elpasoco.com

s/ Edi Anderson