UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Case No. 09-cv-01271-CMA-BNB**

**JEFFREY M. and DEE ANN JOHNSON, et. al.,**

**PLAINTIFFS,**

**vs.**

**CTX MORTGAGE COMPANY, LLC, et. al.,**

**DEFENDANTS.**

---

**CTX's Unopposed Motion For Extension To File Reply In Support Of Motion To Dismiss (Doc. 78)**

---

Defendant CTX Mortgage Company, LLC ("CTX"), by and through its attorneys, respectfully requests that the Court grant CTX a ten (10) day extension of time to submit its reply in support of its motion to dismiss (Doc. 78) ("Motion").

1. Pursuant to D.C.COLO.LCivR 7.1, counsel for CTX has conferred with Plaintiffs' counsel, who does not object to this motion.

2. Pursuant to D.C.COLO.LCivR 6.1(E), counsel for CTX has conferred with its client and will provide its client with a copy of this motion.

3. CTX's reply in support of its Motion is due on Friday, March 12, 2010, the same day on which this case is set for a settlement conference.

4. In order to minimize expenses and focus efforts on settlement, CTX believes that a 10-day extension would be appropriate.

5. Such extension will not prejudice any party or cause unnecessary delay.

WHEREFORE, CTX respectfully requests that the Court GRANT this unopposed motion and extend CTX's deadline to submit its reply brief for ten (10) days, up to and including March 22, 2010.

Respectfully submitted March 8, 2010.

s/ Gregory E. Goldberg

HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado 80201-8749
Phone: 303.295.8099
Fax: 303.727.5848
ggoldberg@hollandhart.com

**ATTORNEYS FOR DEFENDANT**
**CTX MORTGAGE COMPANY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on 3/8/2010, I have caused the above document to be served on the following addressees either through electronic filing with the Clerk of Court using CM/ECF system, or by United States mail, postage prepaid:

D. Robert Jones, Esq.
jones@drjpc.com

Stephen A. Brunette, Esq.
Stephen@brunettelaw.com

Jim Moriarty, Esq.
jim@moriarty.com

Jamie Siler
jsiler@bmalaw.com

David A. Zisser
dzisser@ir-law.com

Andrew Coleman Gorgey
andrewgorgey@elpasoco.com

Osman Elahi Nawaz
onawaz@mofo.com

Steven M. Kaufmann
skaufmann@mofo.com

s/ Erin E. Spradlin

4748725_1.DOC