**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Boyd N. Boland
United States Magistrate Judge

DATE: March 15, 2010

RE: Case No.: 09-cv-01271-CMA-BNB
Case Name: Johnson v. CTX Mortgage Company, LLC

\_\_\_\_\_ A settlement conference was held today. No settlement was reached as to any claims.

\_\_X\_\_ A settlement conference was held on March 12, 2010, and a settlement was reached as to

\_X\_ All claims. The parties shall file a motion or stipulated to dismiss on or before **May 17, 2010**.

\_\_\_\_\_ Claims between \*\* and \*\*. A motion or stipulation to dismiss the settled claims will be filed on or before \*\*.

Settlement conference and preparation time: 5 hours

Record Made: Yes

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\_\_\_\_\_ Supplemental settlement negotiations were held on \*\*.

Time involved: