IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01271-CMA-BNB

JEFFREY M. JOHNSON, and
DEE ANN JOHNSON,

Plaintiffs,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX Mortgage Company I, LLC;
NATIONSTAR MORTGAGE, LLC, f/k/a Centex Home Equity Company, LLC;
NATIONSTAR FUNDING, LLC, f/k/a Chek Funding, LLC;
BANK OF NEW YORK MELLON, f/k/a and successor to The Bank of New York Company, LLC, as Trustee;
JP MORGAN CHASE BANK, N.A., as Trustee; and
DEBRA HAVENS, a/k/a Debbie Havens, individually and as agent or employee of CTX Mortgage Company, LLC.

## ORDER

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 17, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 15, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge