IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01271-CMA-BNB

JEFFREY M. JOHNSON, and
DEE ANN JOHNSON, on behalf of themselves and all others similarly situated,

     Plaintiff,

v.

CTX MORTGAGE COMPANY, LLC, a/k/a CTX MORTGAGE COMPANY I, LLC,
NATIONSTAR MORTGAGE, LLC., f/k/a CENTEX HOME EQUITY COMPANY, LLC,
NATIONSTAR FUNDING, LLC, f/k/a CHECK FUNDING LLC,
BANK OF NEW YORK MELLON, f/k/a and Successor to THE BANK OF NEW YORK
    COMPANY, LLC, as Trustee,
JP MORGAN CHASE BANK, N.A., as Trustee,
DEBRA HAVENS, a/k/a DEBBIE Havens, Individually and as Agent
    or Employee of CTX Mortgage Company, LLC,
JOHN OR JANE DOES 1-10,000, Unknown Investors,
JOHN DOES, 1-20, Undisclosed Mortgage Originators, Loan Sellers,
    Mortgage Aggregators, Trustees of Pooled Assets, Underwriters, and/or
    Trustees for Holders of Certificates of Collateralized Mortgage Obligations,
PUBLIC TRUSTEE OF EL PASO COUNTY, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE
    SUBJECT MATTER OF THIS ACTION,

     Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS**

---

     Plaintiffs' Unopposed Motion To Dismiss With Prejudice (Doc. # 108) is

GRANTED.  Upon review, the Court ORDERS as follows:

     Defendants Debra Havens, CTX Mortgage Company LLC, Nationstar Mortgage

LLC f/k/a Centex Home Equity, Nationstar Funding LLC, JP Morgan Chase Bank NA,

and Bank of New York Mellon are hereby DISMISSED WITH PREJUDICE, each party shall pays its own costs and attorneys' fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Debra Havens, CTX Mortgage Company LLC, Nationstar Mortgage LLC f/k/a Centex Home Equity, Nationstar Funding LLC, JP Morgan Chase Bank NA, and Bank of New York Mellon as Defendants in this case.

DATED: May  18 , 2010

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge