**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01271-CMA-BNB

JEFFREY M. JOHNSON, and
DEE ANN JOHNSON, on behalf of themselves and all others similarly situated,

      Plaintiff,

v.

ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE
   SUBJECT MATTER OF THIS ACTION,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

     This matter is before the Court on Plaintiffs' Unopposed Motion To Dismiss With

Prejudice (Doc. # 113).  The Court having considered  the motion to dismiss, hereby

     ORDERS that Plaintiffs' claims against all remaining unknown defendants in this

matter are DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs

and attorneys' fees, therefore, this case is now DISMISSED in its entirety.

     DATED:  June __3__, 2010

                   BY THE COURT:

                   _____
                   CHRISTINE M. ARGUELLO
                   United States District Court Judge